JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TAQUAN GULLETT, | Case No. 2:21-cv-09264-JAK-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| LUCY SALAS, et al., | |
| Respondents. | |

Pursuant to the Order Re: Summary Dismissal of Action,

IT IS ADJUDGED that the Petition is denied, and this action is dismissed without prejudice.

Dated: December 15, 2021

_____
JOHN A. KRONSTADT
United States District Judge